IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM LEWARS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| EFTEC NORTH AMERICA, LLC, | : | No. 14-02891 |
| Defendants. | : | |

## ORDER

AND NOW, on January 28, 2016, upon consideration of Defendant's Motion for Summary Judgment (doc. 28), Plaintiff's Response, and Defendant's Reply, it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion. The case will proceed to trial as scheduled.

BY THE COURT:

_Timothy R. Rice (2k)_
TIMOTHY R. RICE
United States Magistrate Judge